IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00195-WYD-PAC

LEWIS STEWARD,

   Plaintiff,

v.

PARK COUNTY DEPUTY SHERIFF MICHAEL BROWN,
in his official and individual capacity,

   Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Vacate Settlement Conference [filed August 8, 2006; Doc. No.14] is **GRANTED** as follows:

The Settlement Conference set for August 15, 2006 is *vacated and reset* to **October 19, 2006 a 10:30 a.m.**, 5th Floor Arraj Courthouse.

Confidential Settlement Statements are due on or before **October 16, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

***Counsel and parties with full authority to settle must be present.***

Dated:  August 10, 2006