IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00195-WYD-PAC

LEWIS STEWARD,

    Plaintiff(s),

v.

PARK COUNTY DEPUTY SHERIFF MICHAEL BROWN, in his official and individual capacity,

    Defendant(s).

## ORDER DISMISSING CLAIM

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss Third Claim for Relief, filed September 20, 2006 (docket #17).  Plaintiff states therein that he no longer wishes to pursue his Third Claim for Relief for alleged violations of the First Amendment to the United States Constitution.  Upon review of the motion and file in this matter, I find that the motion should be and hereby is **GRANTED**.  Therefore, it is hereby

ORDERED that Plaintiff's Third Claim for Relief is **DISMISSED WITH PREJUDICE**, and the parties shall bear their respective fees and costs associated with the litigation and dismissal of this claim.

Dated: September 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge