IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00195-WYD-KLM

LEWIS STEWARD,

    Plaintiff,

v.

PARK COUNTY DEPUTY SHERIFF MICHAEL BROWN, in his official and individual capacity,

    Defendant.

---

## **ORDER**

---

The Court having considered the Defendant's Motion to Allow Sheriff Frederick T. Wegener to Participate as a Witness at Trial by Video Conference or Telephone, it is hereby

ORDERED that Defendant's Motion to Allow Sheriff Frederick T. Wegener to Participate as a Witness at Trial by Video Conference or Telephone is **GRANTED.** It is further

ORDERED that Sheriff Frederick T. Wegener will be allowed to appear via video conference, but will not be allowed to appear telephonically. It is further

ORDERED that counsel shall inform the Court of the date and time they anticipate Sheriff Wegener to testify so that arrangements can be made with the Court's Automation department for use of this technology.

Dated this 15th day of January, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
United States District Judge