IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00195-WYD-KLM

LEWIS STEWARD,

    Plaintiff,

v.

PARK COUNTY DEPUTY SHERIFF MICHAEL BROWN, in his official and individual capacity,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff Lewis Steward's claims against Defendant Park County Deputy Sheriff Michael Brown should be dismissed with prejudice.  It is therefore

    ORDERED that the Joint Stipulated Motion for Dismissal With Prejudice is **APPROVED**.  It is further

    ORDERED that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay his own attorneys fees and costs.

Dated: February 22, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge